```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A01-0029--CV (HRH)
          "HARBOR ENTERPRISES ET AL V WPT HOLDINGS ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/26/01
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (240) Torts to land
                    ALLOCATION OF FRAUD
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Waived
          Trial by:
```

Parties of Record:                                 Counsel of Record:

PLF 1.1          HARBOR ENTERPRISES INC            Eric T. Sanders
                                                   Feldman Orlansky et al
                                                   500 L Street, Suite 400
                                                   Anchorage, AK 99501
                                                   907-272-3538
                                                   FAX 907-274-0819

PLF 2.1          NORTH 60 PETRO LTD                Eric T. Sanders
                                                   (see above)

DEF 1.1          WPT HOLDINGS LTD                  William M. Bankston
                                                   Bankston Gronning O'Hara P.C.
                                                   601 W. 5th Avenue, Suite 900
                                                   Anchorage, AK 99501
                                                   907-276-1711
                                                   FAX 907-279-5358

DEF 2.1          RUSSEL METALS INC                 William M. Bankston
                                                   (see above)

3PP 1.1          WPT HOLDINGS LTD                  William M. Bankston
                                                   (see above)

3PP 2.1          RUSSEL METALS INC                 William M. Bankston
                                                   (see above)

3DF 1.1          U.S. ARMY                         Richard L. Pomeroy
                                                   U.S. Attorney's Office
                                                   222 W. 7th Avenue, #9
                                                   Anchorage, AK 99513-7567
                                                   907-271-5071

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0029--CV (HRH)
          "HARBOR ENTERPRISES ET AL V WPT HOLDINGS ET AL"

       Including terminated parties, excluding terminated counsel
```

Parties of Record:                          Counsel of Record:

|  |  |
|---|---|
|  | Robert C. Bundy<br>Dorsey & Whitney<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, AK 99501<br>907-276-4557<br>FAX 907-276-4152 |
| 3DF 2.1    CHEVRON CORP | Stephen M. Ellis<br>Delaney Wiles et al<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581 |
| 3DF 3.1    STANDARD OIL CO OF CALIFORNIA | Stephen M. Ellis<br>(see above) |
| 3DF 4.1    [T] IMPERIAL OIL LTD | No counsel found for this party! |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A01-0029--CV (HRH)
                        "HARBOR ENTERPRISES ET AL V WPT HOLDINGS ET AL"

                                      For all filing dates


    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/26/01
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (240) Torts to land
                    ALLOCATION OF FRAUD
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Waived
           Trial by:


 Document #   Filed      Docket text

     1 -  1   01/26/01   3DF 1 Notice of Removal w/att state crt docs (3AN-98-5268 CV).

     2 -  1   01/30/01   HRH Minute Order that w/in 10 days from date of MO petitioner to file cy
                         of all state crt records and complete service list w/clerk.  cc: cnsl

     3 -  1   01/30/01   3DF 1 motion to dismiss 3rd party pltfs'claim for lack of subject matter
                         jurisdiction and remand the remainder of the action back to state court
                         w/atch memo.

     4 -  1   02/02/01   3DF 4 Limited etrny of appearance of D. Serdahely.

     5 -  1   02/02/01   3DF 4 Stipulation for ext of time from 02/05/01 until 02/26/01 to
                         respond to 3rd party complaint.

     5 -  2   02/05/01   HRH Order granting stip at #5. cc: cnsl

     6 -  1   02/07/01   3DF 1 Service List.

     7 -  1   02/07/01   3DF 1 Notice of compliance of filing cys of state court documents w/att
                         exhs.

     8 -  1   02/13/01   PLF 1-2 Attorney Appearance of J. Allmaras.

     9 -  1   02/13/01   PLF 1-2 non-opposition to 3DF 1 motion to dismiss 3rd party pltfs'claim
                         for lack of subject matter jurisdiction and remand the remainder of the
                         action back to state court (3-1).

    10 -  1   02/14/01   3PP 1-2 Unopposed Motion for extension of time to oppose mot to dismiss
                         to 3/16/01.

    11 -  1   02/15/01   3DF 4 Unopposed Motion for ext to 3/16/01 to oppose motion to dismiss.

    11 -  2   02/16/01   Order granting #11. cc: cnsl

    12 -  1   02/16/01   HRH Order granting #10. cc: cnsl

    13 -  1   02/16/01   DEF 1-2 Attorney Appearance of W. Bankston.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A01-0029--CV (HRH)
                   "HARBOR ENTERPRISES ET AL V WPT HOLDINGS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 02/21/01 | 3PP 1-2; 3DF 4 Stipulation that 3DF 4 has to 3/5/01 to ans 3d-party complaint. |
| 14 - 2 | 02/22/01 | HRH Order granting #14. cc: cnsl |
| 15 - 1 | 03/05/01 | 3DF 4 motion to dismiss 3d-party plfs' claims for lack of personal jurisdiction w/att memo, aff & exhs |
| 16 - 1 | 03/15/01 | 3PP 1-2; 3DF 4 Stipulation that 3PP 1-2 have to 4/20/01 to oppo 3DF 4's motion to dismiss. |
| 16 - 2 | 03/16/01 | Order granting #16. cc: cnsl |
| 17 - 1 | 03/16/01 | 3PP 1-2 motion to amend third-party complaint w/att prop 1st amended 3rd pty cmplt. |
| 18 - 1 | 03/16/01 | DEF 1-2; 3PP 1-2 opposition to 3DF 1 motion to dismiss 3rd party pltfs'claim for lack of subject matter jurisdiction and remand the remainder of the action back to state court (3-1) w/att exhs. |
| 19 - 1 | 03/16/01 | 3DF 4 partial opposition to 3DF 1 motion to dismiss 3rd party pltfs'claim for lack of subject matter jurisdiction and remand the remainder of the action back to state court (3-1) w/att exhs. |
| 20 - 1 | 03/21/01 | 3DF 1 Unopposed Motion that 3DF 1 has until 4/20/01 to file replies to mot to dismiss 3rd pty plfs' clms and mot to amend 3rd pty cmplt. |
| 20 - 2 | 03/22/01 | Order granting unoppo mot. cc: cnsl |
| 21 - 1 | 03/30/01 | 3PP 1-2 motion for SJ on misrepresentation, nondisclosure, & breach of contractual warranty claims. |
| 22 - 1 | 03/30/01 | DEF 1-2 motion for SJ establishing that plf is contractually obligated (1) to indemnify defs for any costs associated with petroleum hydrocarbon contamination & (2) to indemnify defs for any costs resulting from any contamination at the barrel washing plant w/att exhs (orig in accordian folder next to crt file). |
| 23 - 1 | 04/06/01 | HRH Minute Order that proof of service due re: 3d-party defs 20 days. cc: cnsl |
| 24 - 1 | 04/10/01 | DEF 1-2; 3PP 1-2 motion requesting preliminary jurisdictional discovery against Imperial Oil |
| 25 - 1 | 04/11/01 | DEF 1-2; 3PP 1-2 motion requesting preliminary jurisdictional discovery against the US, w/att exhs. |
| 26 - 1 | 04/12/01 | 3DF 4 protective renewal of 3DF 4 motion to dismiss 3d-party plfs' claims for lack of personal jurisdiction (15-1) |
| 27 - 1 | 04/13/01 | 3PP 1-2 Return of Service Executed USAG & local USA (Jan 01); Chevron 1/30/01); Standard Oil (1/11/01); Imperial Oil 1/16/01. |
| 28 - 1 | 04/16/01 | HRH Minute Order that case not at issue re: 3d-party defs 2&3; ans/dft due 20 days. cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0029--CV (HRH)
                       "HARBOR ENTERPRISES ET AL V WPT HOLDINGS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 04/17/01 | PLF 1-2; DEF 1-2; 3PP 1-2; 3DF 1-3 Stipulation for stay (except 3d-party def Imperial Oil) in proceedings until 30 days after Vancouver meeting; Chevron/Standard's ans to 3d-party complaint, gvt's answer to amended 3d-party complaint, reply to Russel Metal's oppo to mot to dismiss; Harbor's response to White Pass mots for SJ, any other except those related to Imperial Oil. |
| 29 - 2 | 04/18/01 | HRH Order granting stip at #29. cc: cnsl |
| 30 - 1 | 04/20/01 | 3DF 4 limited nonopposition to 3PP 1-2 motion to amend third-party complaint (17-1) |
| 31 - 1 | 04/20/01 | 3DF 4 Notice of nonjoinder in stip to stay proceedings |
| 32 - 1 | 04/20/01 | DEF 1-2; 3PP 1-2 opposition to 3DF 4 motion to dismiss 3d-party plfs' claims for lack of personal jurisdiction w/att exhs (15-1) |
| 33 - 1 | 04/24/01 | 3PP 1-2; 3DF 4 Stipulation for ext to 5/8/01 for 3DF 4 to oppose mot for preliminary jurisdictional discovery & to reply to 3PP's oppo to 3DF 4 mot to dismiss 3d-party complaint. |
| 33 - 2 | 04/24/01 | HRH Order approving stip. cc: cnsl |
| 34 - 1 | 04/26/01 | HRH Order denying mot to dismiss 3rd pty plfs' clm for lack of subject matter jurisdiction (3-1), mot to amend third-pty cmplt (17-1), mot for SJ on misrepresentation, nondisclosure and breach of contractual (21-1), mot for SJ establishing that plf is contractually obligated (1) to (22-1), mot requesting prel jurisdictional disc against the US (25-1) in light of the stipulated stay. cc: cnsl |
| 35 - 1 | 05/03/01 | 3DF 4 Stipulation for ext to 5/15/01 to oppo mot for preliminary jurisdictional discovery against Imperial & to reply to White Pass' oppo to Imperial's mot to dismiss (at #15). |
| 35 - 2 | 05/14/01 | HRH Order granting #35. cc: cnsl |
| 36 - 1 | 05/15/01 | 3DF 4 reply to opposition to 3DF 4 motion to dismiss 3d-party plfs' claims for lack of personal jurisdiction (15-1) |
| 36 - 2 | 05/15/01 | 3DF 4 opposition to DEF 1-2; 3PP 1-2 motion requesting preliminary jurisdictional discovery against Imperial Oil (24-1) |
| 37 - 1 | 05/16/01 | 3DF 4 Affidavit (original) of J. Zych re:reply to oppo 3DF 4 motion to dismiss 3d-party plfs' claims for lack of personal jurisdiction (15-1),oppo to DEF 1-2; 3PP 1-2 motion requesting preliminary jurisdictional discovery against Imperial Oil (24-1) |
| 38 - 1 | 05/21/01 | DEF 1-2; 3PP 1-2; 3DF 4 Stipulation that 3PP 1-2 have to 6/4/01 to file reply to 3DF 4 opp to mot to dismiss 3d-party claim for lack of personal jurisdiction & mot requesting preliminary jurisdictional discovery against Imperial Oil (3DF 4) [refers to #15 & #24]. |
| 38 - 2 | 05/22/01 | HRH Order granting #38. cc: cnsl |
| 39 - 1 | 06/01/01 | 3PP 1-2; 3DF 4 Stipulation that replies to #15 & #24 due 6/11/01 |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A01-0029--CV (HRH)
                      "HARBOR ENTERPRISES ET AL V WPT HOLDINGS ET AL"

                                   For all filing dates


 Document #    Filed      Docket text

    39 -  2   06/04/01    Order granting #39. cc: cnsl

    40 -  1   06/11/01    DEF 1-2; 3PP 1-2 motion to amend first amended 3d-party complaint

    41 -  1   06/11/01    DEF 1 reply to opposition to DEF 1-2; 3PP 1-2 motion requesting
                          preliminary jurisdictional discovery against Imperial Oil (24-1)

    42 -  1   06/14/01    3DF 4 Request for Oral Argument re: 3DF 4 motion to dismiss 3d-party
                          plfs' claims for lack of personal jurisdiction (15-1).

    43 -  1   06/18/01    HRH Order denying motion to dismiss 3d-party plfs' claims for lack of
                          personal jurisdiction (15-1) with leave to renew upon completion of
                          jurisdictional discovery; granting/denying motion requesting preliminary
                          jurisdictional discovery against Imperial Oil (24-1), foregoing
                          discovery to be completed by 9/14/01. cc: cnsl

    44 -  1   07/02/01    PLF 1-2 Address Change Notice.

    45 -  1   07/09/01    HRH Order granting motion to amend first amended 3d-party complaint
                          (40-1). cc: cnsl

    46 -  1   07/09/01    3PP 1-2 Complaint (2d Amended Third-party)

    47 -  1   07/11/01    PLF 1-2; DEF 1-2; 3PP 1-2; 3DF 1-3 Notice of meeting between parties &
                          stipulation to continue stay of proceedings

    47 -  2   07/16/01    HRH Order granting motion Notice of meeting between parties &
                          stipulation to continue stay (47-1); case stayed until 3/2/02 except
                          Imperial Oil Lmt. cc: cnsl

    48 -  1   08/27/01    3PP 1-2; 3DF 4 Stipulation that 3d-party claims against 3DF 4 Imperial
                          Oil be dismissed

    48 -  2   08/28/01    HRH Order granting stipulation that 3d-party claims against Imperial Oil
                          be dismissed (48-1) w/prejudice, each to bear own costs & fees. cc: cnsl

    49 -  1   03/07/02    HRH Minute Order that status report due 3/21/02. cc: cnsl

    50 -  1   03/08/02    DEF 1-2 Notice of proposed stipulation for continuance of stay of
                          litigation

    51 -  1   03/20/02    PLF 1-2; DEF 1-2; 3DF 1-2 Stip to continue stay of proceedings to
                          10/31/02 w/att exhs

    51 -  2   03/21/02    HRH Order granting stipulation to continue stay of proceedings to
                          10/31/02 (51-1). cc: cnsl

    52 -  1   03/21/02    DEF 1-2; 3PP 1-2 Status Report of parties.

    53 -  1   03/26/02    DEF 1-2; 3PP 1-2 motion to amend caption

    53 -  2   04/22/02    HRH Order granting motion to amend caption (53-1). cc: cnsl

    54 -  1   11/19/02    PLF 1-2 Notice of pending stip (to ext stay to 2/2/03)

    55 -  1   11/20/02    DEF 1-2; 3PP 1-2 amended notice of pending stipulation (corrected date
                          to 2003).
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A01-0029--CV (HRH)
                      "HARBOR ENTERPRISES ET AL V WPT HOLDINGS ET AL"

                                   For all filing dates

Document #   Filed      Docket text

  56 -   1   12/05/02   PLF 1-2; DEF 1-2; 3PP 1-2; 3DF 1-3 3d Stip to continue stay of
                        proceedings until 2/3/03

  56 -   2   12/06/02   HRH Order granting 3d Stip to continue stay of proceedings until 2/3/03
                        (56-1). cc: cnsl

  57 -   1   02/28/03   HRH Order that counsel to confer & plfs to file status report by
                        3/20/03; other parties may file separate reports by same date. cc: cnsl

  58 -   1   03/19/03   PLF 1-2 status report

  59 -   1   03/20/03   DEF 1-2; 3PP 1-2 Report re: status

  60 -   1   03/21/03   HRH Order that proceedings in this case remain stayed until earlier of
                        30 days following appearance of new cnsl for plfs or 7/1/03. cc: cnsl

  61 -   1   07/16/03   HRH Minute Order that status report due 7/31/03. cc: cnsl

  62 -   1   07/31/03   PLF 1-2; DEF 1-2; 3PP 1-2; 3DF 2 Report re: stat.

  63 -   1   08/04/03   HRH Minute Order that stat rpt dated 07/31/03 at dkt 62 is accepted;
                        further stat rpt due by 08/29/03. cc: cnsl

  64 -   1   09/16/03   PLF 1-2; DEF 1-2; 3PP 1-2; 3DF 1-3 Stip to extend stay to 4/1/05

  64 -   2   09/22/03   HRH Order granting stipulation to extend stay to 4/1/05 (64-1). cc: cnsl

  65 -   1   09/22/03   DEF 1-2; 3PP 1-2 Notice of filing timeline attachment to re: PLF 1-2;
                        DEF 1-2; 3PP 1-2; 3DF 1-3 Stip to extend stay to 4/1/05 (64-1).

  66 -   1   05/10/05   HRH Order re: case stat; cnsl to file updated stat rpt by 5/27/05. cc:
                        cnsl

  67 -   1   05/25/05   PLF 1-2 Report re: status w/att exhs.

  68 -   1   05/27/05   HRH Order that case stayed for addtl 60 days to allow parties time to
                        consider stip regarding stat of case. cc: cnsl

  69 -   1   07/05/05   Stipulation to extend stay until 12/31/06.

  69 -   2   07/06/05   HRH Order approving stip to extend stay until 12/31/06 (69-1). cc: cnsl

  70 -   1   11/29/05   PLF 1-2 Attorney Substitution of E. Sanders (Feldman) in place of J.
                        Allmaras. cc: cnsl
```