ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

Attorneys for Plaintiffs
Harbor Enterprises, Inc., and North 60 Petro Ltd.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| HARBOR ENTERPRISES, INC., and NORTH 60 PETRO LTD.,<br><br>    Plaintiffs,<br><br>vs.<br><br>WPT HOLDINGS LIMITED, f/k/a WHITE PASS TRANSPORTATION LIMITED, and RUSSELL METALS, INC., f/k/a FEDERAL INDUSTRIES, LTD.,<br><br>    Defendants/Third Party Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES ARMY, CHEVRON CORP., and STANDARD OIL COMPANY OF CALIFORNIA,<br><br>    Third Party Defendants. | Case No. 3:01-cv-00029-HRH<br><br>**UNOPPOSED MOTION TO EXTEND STAY** |

In September 2003, the parties requested a stay of these proceedings "to allow for the completion of the ongoing environmental assessment of the subject property and a determination of a method of remediation/risk management that will be acceptable to the Canadian environmental authorities." The requested extension recognized that the stay was "subject to further extension so long as the assessment process is pursued with reasonable diligence." On September 22, 2003, the Court stayed these proceedings until April 1, 2005. (Dkt. 64.)

The Court thereafter issued an order granting the parties' stipulation to stay these proceedings until December 31, 2006. (Dkt. 69.) As before, the purpose of the stay was to allow for an environmental assessment of the subject property and to formulate a plan for remediation of the contamination that would be acceptable to the Canadian environmental authorities. (This Order adopted the existing provision for settlement negotiations and mediation following approval of the assessment plan by the Canadian environmental authorities.)[1]

During the past 17 months the environmental assessment of the property has been diligently pursued under the Interim Remediation Plan Cost Sharing Agreement.[2]

---

[1] That Order allows, but neither requires nor obligates the third party defendants to participate in any such settlement negotiations or mediation.

[2] See Dkt. 67.

Although significant progress was made during 2005 and 2006, some additional environmental problems have been identified as a result of the additional site investigation and analysis. Based upon the recommendation of environmental consultants jointly retained by the plaintiffs and some of the defendants (in concert with the Canadian environmental authorities), further investigation and analysis needs to be performed at the subject property during 2007. Because a risk assessment plan has not yet been approved by Canadian authorities, the plaintiffs now move for a stay of these proceedings until December 31, 2007; the other parties do not oppose this motion.

Dated this 10th day of January, 2006.

By  /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Unopposed Motion to Extend Stay was electronically served on:

| | |
|---|---|
| William M. Bankston<br>Bankston Gronning O'Hara P.C. | Robert C. Bundy<br>Dorsey & Whitney |
| Richard L. Pomeroy<br>U.S. Attorney's Office | Stephen M. Ellis<br>Delaney, Wiles et al. |

By:\_\_\_/s/ Eric T. Sanders
Dated:\_\_1/10/07_____