ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   sanders@frozenlaw.com

Attorneys for Plaintiffs
Harbor Enterprises, Inc., and North 60 Petro Ltd.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| HARBOR ENTERPRISES, INC., and ) <br> NORTH 60 PETRO LTD., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WPT HOLDINGS LIMITED, f/k/a WHITE ) <br> PASS TRANSPORTATION LIMITED, and ) <br> RUSSELL METALS, INC., f/k/a FEDERAL ) <br> INDUSTRIES, LTD., ) <br> ) <br>     Defendants/Third Party Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> UNITED STATES ARMY, CHEVRON ) <br> CORP., and STANDARD OIL COMPANY ) <br> OF CALIFORNIA, ) <br> ) <br>     Third Party Defendants. ) <br> _____) | Case No. 3:01-cv-00029-HRH <br><br><br><br> **(proposed) ORDER TO EXTEND STAY** |

Based upon plaintiffs' Unopposed Motion to Extend Stay,

IT IS HEREBY ORDERED that the stay of these proceedings is extended until December 31, 2007, and that the remaining terms of the Stipulation of September 2003 (Dkt. 64) are incorporated by reference and shall remain in full force and effect.

DATED this ____ day of _____, 2007.

BY THE COURT

_____
H. Russel Holland
U.S. District Court Judge