IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HARBOR ENTERPRISES, INC., and NORTH 60° PETRO, LTD.,<br><br>               Plaintiffs,<br><br>  vs.<br><br>WPT HOLDINGS LIMITED, f/k/a WHITE PASS TRANSPORTATION LIMITED, and RUSSELL METALS, INC., f/k/a FEDERAL INDUSTRIES, LTD.,<br><br>            Defendants/Third-<br>            Party Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES ARMY, CHEVRON CORPORATION, and STANDARD OIL COMPANY OF CALIFORNIA,<br><br>            Third-Party Defendants. | No. 3:01-cv-0029-HRH |

O R D E R

Extension of Stay

      Based upon plaintiffs' unopposed motion to extend stay,[1]

      IT IS HEREBY ORDERED that the stay of these proceedings is extended until December 31, 2007, and that the remaining terms

---

    [1]    Clerk's Docket No. 71.

- 1 -

of the stipulation of September 2003[2] are incorporated by reference and shall remain in full force and effect.

DATED at Anchorage, Alaska, this <u>16th</u> day of January, 2007.

/s/ H. Russel Holland
United States District Judge

---

[2]   Clerk's Docket No. 64.