**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| HARBOR ENTERPRISES, INC., and NORTH 60° PETRO, LTD. | v. | WPT HOLDINGS LIMITED, f/k/a White Pass Transportation Ltd., et al. |

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   3:01-cv-0029-HRH

Deputy Clerk                                Official Recorder

_____          _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

By order entered January 17, 2007 (Docket No. 72), the court extended the stay of these proceedings until December 31, 2007.  The stay has now expired under its own terms.

The parties will please confer and plaintiff will please provide the court with an updated status report on or before February 8, 2008.