ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: sanders@frozenlaw.com

Attorneys for Plaintiffs
Harbor Enterprises, Inc., and North 60 Petro Ltd.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

HARBOR ENTERPRISES, INC., and NORTH 60 PETRO LTD.,

Plaintiffs,

vs.

WPT HOLDINGS LIMITED, f/k/a WHITE PASS TRANSPORTATION LIMITED, and RUSSELL METALS, INC., f/k/a FEDERAL INDUSTRIES, LTD.,

Defendants/Third Party Plaintiffs,

vs.

UNITED STATES OF AMERICA, UNITED STATES ARMY, CHEVRON CORP., and STANDARD OIL COMPANY OF CALIFORNIA,

Third Party Defendants.

Case No. 3:01-cv-00029-HRH

**PLAINTIFFS' STATUS REPORT**


The Court has requested an updated status report concerning this case, which has been stayed for several years. The Vice President of Corporate Affairs for plaintiff, Harbor Enterises, Inc., has indicated that there are recent developments in Canada that may be significant in determining the future course for this lawsuit. Accordingly, the plaintiffs request that the stay be extended until March 31, 2008, at which time a more detailed status report will be presented to support any further extension of the stay.

Dated this 8th day of February, 2008.

By /s/ Eric T. Sanders

FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: sanders@frozenlaw.com
[Alaska Bar No. 7510085]
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE
I hereby certify a copy of the foregoing Plaintiffs' Status Report was electronically served on:

William M. Bankston
Bankston Gronning O'Hara P.C.

Robert C. Bundy
Dorsey & Whitney

Richard L. Pomeroy
U.S. Attorney's Office

Stephen M. Ellis
Delaney, Wiles et al.

By: /s/ Eric T. Sanders
Dated: 2/8/08