**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| HARBOR ENTERPRISES, INC., and NORTH 60° PETRO, LTD. | v. | WPT HOLDINGS LIMITED, f/k/a White Pass Transportation Ltd., et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   3:01-cv-0029-HRH |

Deputy Clerk                                Official Recorder

_____            _____

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

The court is in receipt of plaintiffs' status report of February 8, 2008, requesting an extension of the stay of proceedings in this case until March 31, 2008.  (Docket No. 74.)  The request is granted.  The court will look forward to receiving a complete status report on or before March 31, 2008.