NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Third Party Defendants
United States of America and U.S. Army

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HARBOR ENTERPRISES, INC., and NORTH 60 PETRO LTD., | ) No. 3:01-cv-00029-HRH ) ) |
| Plaintiffs, | ) **NOTICE TO DISCONTINUE** ) **ELECTRONIC SERVICE ON** |
| vs. | ) **RICHARD L. POMEROY AND** ) **ROBERT C. BUNDY** |
| WPT HOLDINGS, LTD, f/k/a WHITE PASS TRANSPORTATION LIMITED, and RUSSELL METALS, INC., f/k/a FEDERAL INDUSTRIES, LTD., | ) **AND TO PROVIDE** ) **ELECTRONIC SERVICE TO** ) **GARY M. GUARINO** ) ) |
| Defendants/Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, UNITED STATES ARMY, CHEVRON CORP., and STANDARD OIL COMPANY OF CALIFORNIA, | ) ) ) ) ) |
| Third Party Defendants. | ) ) |

The United States and the United States Army, through counsel, notify the Court to discontinue electronic service in this case to Richard L. Pomeroy and Robert C. Bundy. Mr. Bundy is no longer associated with the United States Attorney's Office and Gary M. Guarino is now the attorney of record. Richard L. Pomeroy is no longer assigned to this case. Please provide documents electronically to Attorney Guarino in this matter.

Respectfully submitted this 31st day of March, 2008, in Anchorage, Alaska..

NELSON P. COHEN
United States Attorney

s/ Gary M. Guarino
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008
a copy of the foregoing **NOTICE TO DISCONTINUE ELECTRONIC SERVICE ON RICHARD L. POMEROY AND ROBERT C. BUNDY AND TO PROVIDE ELECTRONIC SERVICE TO GARY M. GUARINO** was served electronically on :

William M. Bankston
Robert C. Bundy
Richard Pomeroy
Stephen M. Ellis
Eric T. Sanders

s/ Gary M. Guarino