```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA


HARBOR ENTERPRISES, INC., and       )
NORTH 60° PETRO, LTD.,              )
                                    )
                    Plaintiffs,     )
                                    )
    vs.                             )
                                    )
WPT HOLDINGS LIMITED, f/k/a WHITE   )
PASS TRANSPORTATION LIMITED, and    )
RUSSELL METALS, INC., f/k/a FED-    )
ERAL INDUSTRIES, LTD.,              )
                                    )
            Defendants/Third-       )
              Party Plaintiffs,     )
                                    )
    vs.                             )
                                    )  No. 3:01-cv-0029-HRH
UNITED STATES OF AMERICA, UNITED    )
STATES ARMY, CHEVRON CORPORATION,   )
and STANDARD OIL COMPANY OF         )
CALIFORNIA,                         )
                                    )
            Third-Party Defendants. )
_____)
```

O R D E R

Extension of Stay

Based upon plaintiffs' motion to extend stay,[1]

IT IS HEREBY ORDERED that the stay of these proceedings is extended until March 31, 2009, and that the remaining terms of the

---

[1] Docket No. 76.

- 1 -

stipulation of September 2003[2] are incorporated by reference and shall remain in full force and effect.

DATED at Anchorage, Alaska, this <u>2nd</u> day of April, 2008.

<u>/s/ H. Russel Holland</u><br>
United States District Judge

---

[2]Docket No. 64.